UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN BRIONES,<br><br>          Plaintiff,<br><br>     v.<br>CORIZON HEALTH SERVICES, *et. al.*,<br><br>          DefendantS. | Case No. 1:14-cv-00366-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of defendants and that this case be dismissed in its entirety.

DATED: September 21, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1